IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VELMA M. HILL,<br><br>                    Petitioner,<br><br>v.<br><br>ROSIE RIVERA, et al.,<br><br>                    Respondents. | **MEMORANDUM DECISION**<br>**AND DISMISSAL ORDER**<br><br>Case No. 2:25-cv-1032<br><br>Judge Tena Campbell |

On April 10, 2026, the court ordered Petitioner Velma M. Hill to show cause within 30 days "why this federal habeas petition should not be dismissed under the exhaustion and abstention doctrines, and the 'in custody' requirement" of 28 U.S.C. § 2254.  (Order Show Cause, Apr. 10, 2026, ECF No. 7 at 7.)  Ms. Hill did not respond and the time to respond has passed.  In addition, the court has not heard from Ms. Hill since receiving a filing fee payment on December 23, 2025—more than four months ago.  (See ECF No. 6.)  Indeed, the court's order was returned to sender, marked: "PRISONER RELEASED … UNABLE TO FORWARD." (ECF No. 8.)  Ms. Hill has not provided the court with any other mailing address or email.

## ORDER

The court therefore ORDERS as follows:

1.      The Petition is DISMISSED without prejudice for failure to respond to the Order to Show Cause and to prosecute this action.

2.      The court DENIES a Certificate of Appealability.

DATED this 12th day of May, 2026.

BY THE COURT:

_____
Tena Campbell
United States District Judge